**FILED**

MAR 13 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER SANTILLANES CEJA<br><br>Defendant. | MJ<br>~~MCR~~ 19- 26 -BLG-TJC<br><br>**ORDER SEALING AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT** |

Pending before the Court is the motion of the United States to seal the affidavit in support of the criminal complaint and arrest warrant. For good cause,

IT IS ORDERED that the motion to seal is **GRANTED**.

DATED this 13 day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1